UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>JOSE ROBLES-RINCON,<br><br>                      Defendant. | CASE NO: 2:20-CR-0155-TOR<br><br>ORDER DENYING THIRD MOTION TO DISMISS |

BEFORE THE COURT is Defendant's Third Motion to Dismiss. ECF No. 67. This motion has been pending since November 12, 2021, while the Court and the parties awaited the Ninth Circuit's decisions in *United States v. Carrillo-Lopez*, 21-10233, *United States v. Rodrigues-Barios*, 21-50145, and *United States v. Bastide-Hernandez*, No. 19-30006. The Court has reviewed the record and the files herein and is fully informed.

Based on the published decision in *United States v. Carrillo-Lopez*, 21-10233, __ F.4th __ (9th Cir. May 22, 2023), Defendant's motion is denied.

ORDER DENYING THIRD MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The STAY in this matter is now **LIFTED**.

2. Defendant's Third Motion to Dismiss, ECF No. 67, is **DENIED**.

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED May 24, 2023.



THOMAS O. RICE
United States District Judge